IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOBO FUIMAONO,

Petitioner,

v.

S. W. ORNOSKI, Warden,

Respondent.

No. C 06-3580 WHA (PR)

**ORDER NUNC PRO TUNC**

An order denying one of petitioner's petitions for habeas corpus erroneously carried the docket number for this case, 06-3580 WHA (PR). The order and the accompanying judgment entered in this case are **AMENDED** nunc pro tunc to carry the docket number of petitioner's other 2006 habeas case, 06-0860 WHA (PR). The clerk shall reopen this case, close 06-0860 WHA (PR), and move the order and judgment to 06-0860 WHA (PR).

**IT IS SO ORDERED.**

Dated: January  4  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.06\FUIMAONO580.nunc pro tunc.wpd