IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBO FUIMAONO, | No. C 06-3580 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| S. W. ORNOSKI, Warden, | |
| Respondent. | |

On January 4, 2008, an order reopening this case was entered and mailed to petitioner at the address he provided to the court for mailing. On January 8, 2008, the order was returned to the court as undeliverable because petitioner was no longer at the address he provided. Previously, on October 9 and 10, 2007, two other items mailed to petitioner at the address he provided were returned to the court as undeliverable for the same reason. To date, the court has received no indication from petitioner as to his correct current address. Civil Local Rule 3-11 provides for the dismissal of an action in which a pro se party fails to notify the court of a change of address within 60 days of the date mail is returned to the court as not deliverable. As more than 60 days have passed since the return of petitioner's mail, and petitioner has not notified the court of his correct current address, this action is **DISMISSED**.

The Clerk shall close the file and terminate any pending motions.

**IT IS SO ORDERED.**

Dated: September 1, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.06\FUIMAONO580.DSM-311.wpd